EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Víctor L. Calderón Nieves | 2010 TSPR 169 179 DPR _____ |
|---|---|

Número del Caso: TS-3439

Fecha: 11 de agosto de 2010

Abogado del Peticionario:

Lcdo. Víctor Calderón Cestero

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Víctor L. Calderón Nieves             TS-3439

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 11 de agosto de 2010.

Examinada la Moción Informativa presentada por el Sr. Víctor L. Calderón Nieves, se autoriza la reinstalación del señor Calderón Nieves al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo